**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

LANESHIA WILLIAMS                                                                                              PLAINTIFF

v.                                              3:15CV00045-DPM-JTK

DOES, et al.                                                                                                       DEFENDANTS

**ORDER**

Summons was returned, unexecuted, with respect to Defendant Nurse Tammy on April 24, 2015 (Doc. No. 10).[1] Plaintiff should provide to the Court additional identifying information about Nurse Tammy and any other Doe Defendants, within forty-five days of the date of this Order. Plaintiff also shall be mindful of FED.R.CIV.P. 4(m), which provides that a Defendant must be served within 120 days of the filing of the Complaint, and **after notice to the plaintiff**, the Court "must dismiss the action without prejudice against that Defendant or order that service be made within a specified time..."  Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall provide to the Court additional identifying information about Nurse Tammy and other Doe Defendants within forty-five days of the date of this Order.  Failure to provide such may result in the dismissal of Plaintiff's Complaint.

IT IS SO ORDERED this 27th day of April, 2015.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Nurse Tammy is the only Defendant Plaintiff has identified by name.