IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LANESHIA WILLIAMS                                                PLAINTIFF

v.                          No. 3:15-cv-45-DPM-JTK

DOES, All Medical Staff, Craighead
County Sheriff's Department; and JANE
DOE, Tammy, Nurse, Craighead County Jail                         DEFENDANTS

ORDER

Unopposed recommendation, № 13, adopted.  FED. R. CIV. P. 72(b)(3) (1983 Addition to Advisory Committee Notes).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

6 July 2015