IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LANESHIA WILLIAMS**                                                                                    PLAINTIFF

v.                                      No. 3:15-cv-45-DPM

DOES, All Medical Staff, Craighead
County Sheriff's Department; and JANE
DOE, Tammy, Nurse, Craighead County Jail                             DEFENDANTS

## JUDGMENT

Williams's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

6 July 2015